**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
Sepehr Daghighian (SBN 239349)
sd@hdmnlaw.com
Kevin Y. Jacobson (SBN 320532)
kj@hdmnlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiffs, **ARIGA EYVAZI and STEPHAN GUBICK**

**BOWMAN AND BROOK LLP**
Brian Takahashi (SBN 146505)
Freddy I. Fonseca (SBN 311311)
970 West 190th Street, Suite 700
Torrance, California 90502

Attorneys for Defendant,
**JAGUAR LAND ROVER NORTH AMERICA, LLC**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIGA EYVAZI, an individual and STEPHAN GUBICK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 19-7172-MWF (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE WITH THE COURT RETAINING JURISDICTION OVER THE SETTLEMENT IF NECESSARY** |

## ORDER

The Court, having considered the Joint Stipulation to Dismiss the Case With Prejudice With the Court Retaining Jurisdiction Over the Settlement, if necessary, filed by the parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation is GRANTED;
2. This matter is DISMISSED With Prejudice; and
3. The Court retains jurisdiction over the settlement and its terms, if necessary.

IT IS SO ORDERED.

DATED:  March 2, 2021

MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE